United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11293-mdc |
| Elaine Mabel Simpson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 20, 2022 | Form ID: 309A | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine Mabel Simpson, 709 Lower State Road, North Wales, PA 19454-1301 |
| ust | + | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| 14692265 | | AMERICAN EXPRESS, P.O. BOX 29780, FT. LAUDERDALE, FL 33329-7800 |
| 14692264 | + | AMERICAN EXPRESS CORRESPONDENCE ADDRESS, 200 VESEY ST., BROOKFIELD PLACE, 50TH FLOOR, NEW YORK, NY 10285-1000 |
| 14692273 | | CITIBANK/LL BEAN, P.O. BOX 9001068, LOUISVILLE, KY 40290-1068 |
| 14692274 | | CREDIT ONE BANK N.A. CORRESPONDENCE, P.O. BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14692297 | | Equifax Credit Information Services, Inc, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14692298 | + | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 14692299 | | Experian Information Systems, Attn: Dispute Department, P.O. Box 2002, Allen, TX 75013-2002 |
| 14692304 | | H.A. Berkheimer Tax Administrator, Bankruptcy Notices, 50 North 7th Street, Bangor, PA 18013-1798 |
| 14692278 | | HOME DEPOT CREDIT SERVICES, P.O. BOX 90011010, LOUISVILLE, KY 40290-1010 |
| 14692279 | + | HOME DEPOT CREDIT SERVICES/CITIBANK, 4300 WESTOWN PARKWAY WEST, DES MOINES, IA 50266-1266 |
| 14692300 | + | Innovis Data Solutions, 250 E. Town St., Columbus, OH 43215-4631 |
| 14692305 | + | Montgomery County Tax Claim Bureau, P.O. Box 190, Norritown PA 19404-0190 |
| 14692292 | | TARGET CARD SERVICES TD BANK USA N.A., 3901 WEST 53RD STREET, SIOUX FALLS, SD 57106-4216 |
| 14692293 | + | TD BANK USA N.A., 1701 MARLTON PIKE EAST, CHERRY HILL, NJ 08003-2335 |
| 14692303 | + | Transunion Corporation, 2 Baldwinm Place, P.O. Box 1000, Chester, PA 19016-1000 |
| 14692296 | + | UPSTART, 2950 S. DELAWARE STREET, SAN MATEO, CA 94403-2580 |
| 14692295 | + | UPSTART OPERATIONS DEPARTMENT, P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mwglaw@msn.com | May 20 2022 23:56:00 | MICHAEL W. GALLAGHER, M.W. Gallagher Esquire, 600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462 |
| tr | + | EDI: FGARYFSEITZ.COM | May 21 2022 03:58:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | | Email/Text: megan.harper@phila.gov | May 20 2022 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 21 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14692263 | | Email/PDF: bncnotices@becket-lee.com | May 21 2022 00:04:46 | AMERICAN EXPRESS, P.O. BOX 1270, NEWARK, NJ 07101-1270 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: 309A | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 14692266 | Email/PDF: bncnotices@becket-lee.com | May 21 2022 00:04:41 | AMERICAN EXPRESS, P.O. BOX 297800, FT. LAUDERDALE, FL 33329-7800 |
| 14692267 | Email/Text: ebnbankruptcy@ahm.honda.com | May 20 2022 23:56:00 | AMERICAN HONDA FINANCE CORPORATION (P), P.O. BOX 168088, IRVING, TX, 75016-8088 AUTOMOBILE LEASE |
| 14692269 | + EDI: CAPITALONE.COM | May 21 2022 03:58:00 | CAPITAL ONE, P.O. BOX 70886, CHARLOTTE, NC 28272-0886 |
| 14692268 | EDI: CAPITALONE.COM | May 21 2022 03:58:00 | CAPITAL ONE BANKRUPTCY DEPARTMENT (P), P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14692270 | EDI: CITICORP.COM | May 21 2022 03:58:00 | CITIBANK (P), P.O. BOX 790034, ST. LOUIS, MO 63179-0034 |
| 14692271 | + EDI: CITICORP.COM | May 21 2022 03:58:00 | CITIBANK CUSTOMER SERVICE, P.O. BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14692272 | + EDI: CITICORP.COM | May 21 2022 03:58:00 | CITIBANK/BEST BUY, P.O. BOX 9001007, LOUISVILLE, KY 40290-1007 |
| 14692276 | Email/PDF: creditonebknotifications@resurgent.com | May 21 2022 00:04:35 | CREDIT ONE BANK, P.O. BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 14692275 | + Email/PDF: creditonebknotifications@resurgent.com | May 21 2022 00:04:43 | CREDIT ONE BANK N.A., 6801 SOUTH CIMARRON ROAD, LAS VEGAS, NV 89113-2273 |
| 14692277 | + EDI: CITICORP.COM | May 21 2022 03:58:00 | DEPARTMENT STORES NATIONAL BANK/MACYS, 701 EAST 60TH ST. NORTH, SIOUX FALLS, SD 57104 |
| 14692297 | ^ MEBN | May 20 2022 23:54:32 | Equifax Credit Information Services, Inc, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14692298 | ^ MEBN | May 20 2022 23:54:36 | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 14692299 | ^ MEBN | May 20 2022 23:54:37 | Experian Information Systems, Attn: Dispute Department, P.O. Box 2002, Allen, TX 75013-2002 |
| 14692301 | EDI: IRS.COM | May 21 2022 03:58:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14692280 | + EDI: RMSC.COM | May 21 2022 03:58:00 | JC PENNEY/SYNCHRONY BANK, 950 FORRER BLVD., KETTERING, OH 45420-1469 |
| 14692281 | EDI: RMSC.COM | May 21 2022 03:58:00 | JCPENNEY, P.O. BOX 960090, ORLANDO, FL 32896-0090 |
| 14692282 | EDI: CITICORP.COM | May 21 2022 03:58:00 | MACYS/DSNB, P.O. BOX 6167, SIOUX FALLS, SD 57117-6167 |
| 14692302 | EDI: PENNDEPTREV | May 21 2022 03:58:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14692302 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2022 23:56:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14692283 | Email/Text: Bankruptcy.Notices@pnc.com | May 20 2022 23:56:00 | PNC BANK, 249 FIFTH AVENUE, PITTSBURGH, PA 165522 |
| 14692284 | Email/Text: Bankruptcy.Notices@pnc.com | May 20 2022 23:56:00 | PNC BANK, P.O. BOX 3180, PITTSBURGH, PA 15230 |
| 14692285 | Email/Text: Bankruptcy.Notices@pnc.com | May 20 2022 23:56:00 | PNC BANK, P.O. BOX 856177, LOUISVILLE, KY 40285 |
| 14692287 | + EDI: RMSC.COM | May 21 2022 03:58:00 | SYNCHRONY BANK, 140 WEKIVA SPRINGS |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: 309A | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | ROAD, LONGWOOD, FL 32779-3604 |
| 14692288 | + | EDI: RMSC.COM | May 21 2022 03:58:00 | SYNCHRONY BANK, 950 FORRER BLVD., KETTERING, OH 45420-1469 |
| 14692286 | | EDI: RMSC.COM | May 21 2022 03:58:00 | SYNCHRONY BANK BANKRUPTCY DEPARTMENT, P.O. BOX 965064, ORLANDO, FL 32896-5064 |
| 14692289 | | EDI: RMSC.COM | May 21 2022 03:58:00 | SYNCHRONY BANK/AMAZON, P.O. BOX 966013, ORLANDO, FL 32896-5013 |
| 14692290 | + | EDI: RMSC.COM | May 21 2022 03:58:00 | SYNCHRONY BANK/HSN, P.O. BOX 530905, ATLANTA, GA 30353-0905 |
| 14692291 | | EDI: RMSC.COM | May 21 2022 03:58:00 | SYNCHRONY BANK/VERIZON, P.O. BOX 530916, ATLANTA, GA 30353-0916 |
| 14692294 | | EDI: WTRRNBANK.COM | May 21 2022 03:58:00 | TD BANK/TARGET CARD SERVICES, P.O. BOX 660170, DALLAS, TX 75266-0170 |
| 14692303 | ^ | MEBN | May 20 2022 23:54:36 | Transunion Corporation, 2 Baldwinm Place, P.O. Box 1000, Chester, PA 19016-1000 |
| 14692296 | + | EDI: LCIUPSTART | May 21 2022 03:58:00 | UPSTART, 2950 S. DELAWARE STREET, SAN MATEO, CA 94403-2580 |
| 14692295 | + | EDI: LCIUPSTART | May 21 2022 03:58:00 | UPSTART OPERATIONS DEPARTMENT, P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022          Signature:          /s/Gustava Winters

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | **Elaine Mabel Simpson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0153 <br> EIN:   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _ <br> EIN:   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed for chapter:   7   5/19/22 | |
| Case number:   22–11293–mdc | | | |

<u>Official Form 309A (For Individuals or Joint Debtors)</u>
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Elaine Mabel Simpson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 709 Lower State Road <br> North Wales, PA 19454 | |
| 4. | **Debtor's attorney** <br> Name and address | MICHAEL W. GALLAGHER <br> M.W. Gallagher Esquire <br> 600 West Germantown Pike <br> Suite 400 <br> Plymouth Meeting, PA 19462 | Contact phone 484–679–1488 <br><br> Email:  mwglaw@msn.com |
| 5. | **Bankruptcy trustee** <br> Name and address | GARY F. SEITZ <br> Gellert Scali Busenkell & Brown LLC <br> 8 Penn Center <br> 1628 John F. Kennedy Blvd <br> Suite 1901 <br> Philadelphia, PA 19103 | Contact phone 215–238–0011 <br><br> Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Debtor  **Elaine Mabel Simpson**                                                    Case number **22–11293–mdc**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 5/20/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 23, 2022 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/22/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |